1  Carney R. Shegerian, State Bar No. 150461
   CShegerian@Shegerianlaw.com
2  Anthony Nguyen, State Bar No. 259154
   ANguyen@Shegerianlaw.com
3  Cheryl A. Kenner, State Bar No. 305758
   CKenner@Shegerianlaw.com
4  **SHEGERIAN & ASSOCIATES, INC.**
   11520 San Vicente Boulevard
5  Los Angeles, California 90049
   Telephone Number:  (310) 860-0770
6  Facsimile Number:   (310) 860-0771

7  Attorneys for Plaintiff ALISON WHITE
   an individual, on behalf of herself and all others
8  similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON WHITE, an individual, on behalf of herself and all others similarly situated;<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RING LLC, a Delaware Limited Liability Company; THE HOME DEPOT, INC. dba HOME DEPOT U.S.A., INC., a Delaware Corporation; AMAZON.COM SERVICES LLC dba AMAZON.COM, INC., a Delaware Corporation; DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: **2:22-cv-06909-JFW-PVC**<br><br>**NOTICE OF REVISIONS TO FIRST AMENDED COMPLAINT**<br><br><br><br>Action Filed:　September 23, 2022<br>FAC Filed:　　November 21, 2022<br>SAC Filed:　　December 13, 2022 |

-1-
**NOTICE OF REVISIONS TO FIRST AMENDED COMPLAINT**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff ALISON WHITE ("Plaintiff"), by and through her attorneys, Shegerian & Associates, Inc., submits revisions to the First Amended Complaint (the "FAC") she filed against Defendants RING LLC; THE HOME DEPOT, INC. doing business as HOME DEPOT U.S.A., INC.; and DOES 1-10 on Monday, November 21, 2022.  Dkt. No. 42.

On December 13, 2022, Plaintiff filed her Second Amended Complaint against Defendants RING LLC; THE HOME DEPOT, INC. doing business as HOME DEPOT U.S.A., INC.; and Does 1 through 10 inclusive.  Dkt. No. 58.

Pursuant to the Court's Standing Order of November 23, 2022, Plaintiff hereby submits in redline format the revisions Plaintiff made to the First Amended Complaint, attached hereto as **Exhibit 1**.

Dated: December 13, 2022         **SHEGERIAN & ASSOCIATES, INC**.

By: */s/ Cheryl Kenner*
Carney R. Shegerian
Anthony Nguyen
Cheryl A. Kenner

Attorneys for Plaintiff ALISON WHITE
an individual, on behalf of herself and
all others similarly situated